429 A.2d 65

Commonwealth v. Wade, Appellant.

 Submitted November 16, 1979. Carl R. Schiffman, for appellant; Robert L. Eberhardt, Assistant District Attorney, for Commonwealth, appellee.

Before CERCONE, P. J., and MONTGOMERY and LIPEZ, JJ.

Order affirmed.

---

429 A.2d 65

Gardner v. Gardner, Appellant.

 Argued March 4, 1980. Allen H. Smith, for appellant; Michael King, for appellee.

Before CERCONE, P. J., and WATKINS and MONTGOMERY, JJ.

Order affirmed.